IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-1048-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**JERRY DEAN CARTER**,

    Plaintiff,

v.

**EL PASO COUNTY COLO. BOARD OF COMMISSIONERS**,

    Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

On May 18, 2015, Plaintiff, Jerry Carter, initiated this action by filing a Complaint (ECF No. 1) and a Letter (ECF No. 3) wherein he states that he has no assets.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that there are deficiencies in this action.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  In order to cure the deficiencies in this action Plaintiff must file on the proper form an Application to Proceed in District Court Without Prepaying Fees or Costs.  The clerk of the court shall mail to Plaintiff, together with a copy of this minute order, a blank copy of the Application to Proceed in District Court Without Prepaying Fees or Costs.  Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies.  If Plaintiff fails to cure the deficiencies within the time allowed, the action will be dismissed without further notice. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

Accordingly, it is

    **ORDERED** that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

    **FURTHER ORDERED** that the clerk of the court is directed to mail to Plaintiff, together with a copy of this order, a blank copy of the Application to Proceed in District Court Without Prepaying Fees or Costs.  It is

    **FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

    DATED May 18, 2015, at Denver, Colorado.

                              BY THE COURT:

                              s/Gordon P. Gallagher
                              United States Magistrate Judge